**ERIC M. SAFIRE, SB#98706**
LAW OFFICES OF ERIC M. SAFIRE
2431 Fillmore Street
San Francisco, CA 94115-1814
Tel:     (415) 292-1940
Fax:    (415) 292-1946

Attorney for Defendant
ZHIVAGO REDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ZHIVAGO REDON,<br><br>             Defendant. | Case Number:  3:10-CR-00316-BZ<br><br>DEFENDANT'S PETITION AND [PROPOSED] ORDER TO TRAVEL<br><br>Next Hearing Date:  June 23, 2010<br>Time:  1:30 p.m.<br>Courtroom G; 15th Floor |

TO THE HONORABLE JUDGE BERNARD ZIMMERMAN OF THE UNITED STATES DISTRICT COURT OF NORTHERN CALIFORNIA AND TO THE ASSISTANT UNITED STATES ATTORNEY, ACADIA SENESE:

Defendant Zhivago Redon by and through his attorney Eric M. Safire submits the following petition to travel out of state.

I, ERIC M. SAFIRE, declare as follows:

1. That I am an attorney duly licensed to practice before this Court and all the Courts for the State of California. I am the attorney of record for Defendant Zhivago Redon, herein.

2. Mr. Redon has a friend dying of cancer and hereby requests a short visit with him before his passing. The visit will take place in Las Vegas, Clark County, Nevada during Father's Day Weekend.

3. Mr. Redon intends to leave the San Francisco Bay Area on Friday, June 18, 2010, and will return to the Bay Area on Monday, June 21, 2010.

4. This office contacted Acadia Senese, the United States Attorney handling this case and she has no objections to the travel plans.

5. In addition, this office contacted the Pretrial Service Department and spoke to Silvio Lugo, who indicated Mr. Redon is currently not placed under pretrial services and thus had no comment on his travel.

6. Defendant is scheduled to appear in this Court on June 23, 2010 and respectfully requests this short visit.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 15th day of June 2010, at San Francisco, California.

Respectfully Submitted,

ERIC M. SAFIRE
Attorney for Defendant, ZHIVAGO REDON

[~~PROPOSED~~] ORDER

It is so ordered.

The defendant is allowed to travel from June 18, 2010 returning on June 21, 2010.

Dated: June  16 , 2010

_____
THE HONORABLE JUDGE ZIMMERMAN