1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,         )    CR No. 10-0316 BZ
                                      )
14          Plaintiff,                )
                                      )    STIPULATION AND
15      v.                            )    [PROPOSED] ORDER EXCLUDING
                                      )    TIME UNDER THE SPEEDY TRIAL ACT
16  ZHIVAGO REDON,                    )    FROM JUNE 23, 2010 TO JULY 28, 2010
                                      )
17  a/k/a Mark Guzman; a/k/a Peter Lynn; a/k/a )
    Zhivago Ami                       )
18                                    )
            Defendant.                )
19  _____)

20       On June 23, 2010 the parties in this case appeared before the Honorable Bernard Zimmerman

21  for a status hearing.  At that time, the parties stipulated that time should be excluded from the

22  Speedy Trial Act calculation from June 23, 2010, to July 28, 2010.  The parties represented that

23  granting the continuance was necessary for the effective preparation of counsel.  See 18 U.S.C. §

24  \\

25  \\

26  \\

27  \\

28  \\

[Stipulation and [Proposed] Order]
CR No. 10-0316 BZ                           1

3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 7/1/10                    /s/
ACADIA SENESE
Special Assistant United States Attorney

DATED: 6/25/10                    /s/
ERIC SAFIRE
Attorney for Zhivago Redon

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from June 23, 2010, to July 28, 2010, under 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 1, 2010             /s/ Bernard Zimmerman
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[Stipulation and [Proposed] Order]
CR No. 10-0316 BZ                    2