1  STUART HANLON, CSBN: 066104
   SARA RIEF, CSBN: 227279
2  LAW OFFICES OF HANLON & RIEF
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   ZHI VAGO REDON
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )
9                                    )   No.  CR10-00316 BZ
         Plaintiff,                  )
10                                   )   [PROPOSED] ORDER RE
                                     )   MODIFICATION OF PRETRIAL
11                                   )   SERVICES RELEASE
   ZHI VAGO REDON,                   )
12                                   )
         Defendant.                  )
13                                   )
                                     )
14 _____ )

15
                         **ORDER**
16
        **IT IS HEREBY ORDERED** that the defendant, Zhi Vago Redon be
17
   allowed to travel to Los Angeles, from August 22 through August
18
   27, 2010 for the purpose of a vacation. All other conditions of
19
   pretrial release remain the same.
20
        **IT IS SO ORDERED.**
21
   Dated: 8/16/10                    _____
22                                   Magistrate Judge Bernard Zimmerman
                                     United States District Judge
23                                              Magistrate

24                                   Nandor J. Vadas
                                     United States Magistrate Judge
25

26

27

28 *REDON: Request for Modification of Pretrial Release Conditions*                    3