STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th STREET, 2ND FLOOR
SAN FRANCISCO, CA 94103
(415)864-5600

Attorneys for Defendant
ZHIVAGO REDON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>        Plaintiff, ) <br>   v. ) <br> ) <br> ) <br> ) <br> ZHIVAGO REDON, ) <br> ) <br>        Defendant. ) <br> ) | NO. CR10-00316 BZ <br><br> **ORDER FOR RETURN OF PASSPORT** |

    Good cause having been shown,

    **IT IS HEREBY ORDERED** that the passport in the name of ZHIVAGO REDON taken in the above-entitled action be returned to the defendant, ZHIVAGO REDON.

    **IT IS SO ORDERED.**

Dated: 10/04/10

                              HONORABLE MAGISTRATE BERNARD ZIMMERMAN
                              UNITED STATES DISTRICT COURT JUDGE
                              Magistrate Judge Joseph C. Spero for Judge Zimmerman

*(Signed: Judge Joseph C. Spero)*